Circuit denied. *Mr. Robert J. Blum* for petitioners. *Mr. Meyer Schifrin* for respondent.

No. 1017. MILLER *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Warren E. Miller* and *Stephen A. Cross* for petitioner. *Solicitor General Biddle* and *Messrs. Julius C. Martin, Wilbert C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 1020. PRISCILLA BAKING Co. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. O. Walker Taylor* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 1023. PICKETT, GENERAL CHAIRMAN OF THE BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, ETC., *v.* UNION TERMINAL Co. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles M. Hay* and *S. D. Flanagan* for petitioner. *Solicitor General Biddle* and *Messrs. Richard H. Demuth, Gerald D. Reilly,* and *Irving J. Levy* filed a brief on behalf of the Administrator of the Wage and Hour Division, U. S. Department of Labor, as *amicus curiae,* in support of petitioner.

No. 1025. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* COOPER. June 2, 1941. Petition for writ of cer-